**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jose Antonio Ortiz, | ) | |
| a/k/a Jose Murillo-Ortiz, a/k/a | ) | |
| Jose Alfonso Molina Ochoa, | ) | |
| | ) | Case No.  1:08-cr-002 |
| Defendant. | ) | |

___

It is hereby **ORDERED** that the Sentencing Memorandum filed by the Government on June 2, 2009, be sealed.

Dated this 5th day of June, 2009.

>   */s/  Charles S.  Miller, Jr.*
>   Charles S.  Miller, Jr.
>   United States Magistrate Judge